## Estate of Daniel Gleeson, deceased.    Appeal of Cornelius Gleeson.

Argued March 23, 1899. Appeal, No. 35, Jan. T., 1899, by Cornelius Gleeson, from decree of O. C. Phila. Co., July T., 1898, No. 218, dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

OPINION BY MR. JUSTICE GREEN, July 19, 1899:

For the reasons expressed in the opinion just filed in the case No. 34, January term, 1899, ante, p. 279, the decree in this case is affirmed and appeal dismissed at the cost of the appellant.